HENDERSON, Appellant, v. SYRACUSE L. S. & N. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 16, 1912.) Action by James Henderson against the Syracuse, Lake Shore & Northern Railroad Company.

PER CURIAM. Judgment reversed, and new trial granted, with costs to appellant to abide

event. Held, that upon all the evidence the question of defendant's negligence, as well as that of plaintiff's contributory negligence, should have been submitted to the jury.

SPRING, J., not sitting.